UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: ) | MISC. No._____ |
| **Nonjudicial civil forfeiture proceeding** ) | |
| **as to $29,000 in U.S. Currency, more or less,** ) | |
| **seized from Ryan Hannon.** ) | |

### ASSENTED-TO MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE TO JANUARY 26, 2021

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America moves the court to allow it until February 4, 2021, to file a civil forfeiture action against the following property: $29,000 in U.S. Currency, more or less, seized from Ryan Hannon ("the property"). A civil forfeiture complaint is due on January 6, 2021.

The United States represents to the Court as follows:

1. On July 23, 2020, law enforcement officers seized $29,000.00 in U.S. Currency from Ryan Hannon pursuant to a traffic stop.

2. On October 8, 2020, Ryan Hannon filed a timely claim to the property in a non-judicial forfeiture action pending before the FBI. Pursuant to CAFRA, the deadline for initiating a judicial forfeiture proceeding is January 6, 2021.

3. Kirsten Wilson, Esq., represents Ryan Hannon, the only claimant to the property.

4. Attorney Wilson and Mr. Hannon assent to a 30-day extension, to February 4, 2021, to file a forfeiture complaint for reasons set forth in the government's memorandum of law filed in support of this Motion.

Therefore, the United States asks this Court to extend the time within which it has to file a complaint for forfeiture in this matter to February 4, 2021.

                                            Respectfully submitted,

                                            SCOTT W. MURRAY
                                            United States Attorney

Dated: December 15, 2020         By:    /s/ Robert J. Rabuck
                                            Robert J. Rabuck
                                            NH Bar #2087
                                            Assistant U.S. Attorney
                                            District of New Hampshire
                                            53 Pleasant Street
                                            Concord, New Hampshire
                                            603-225-1552
                                            Rob.rabuck@usdoj.gov